# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Directv Inc.,

    Plaintiff(s),                                   JUDGMENT IN A CIVIL CASE

vs.                                                      3:03-cv-243

Percy Monroe,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/25/05 Order.

**Signed: August 26, 2005**

Frank G. Johns, Clerk
United States District Court